**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6431**

———————

DONALD RAY HOOKS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; DEAN
WALKER, Superintendent,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge. (CA-98-372-1)

———————

Submitted: June 29, 1999          Decided: July 15, 1999

———————

Before HAMILTON, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John David Bryson, WYATT, EARLY, HARRIS, WHEELER & HAUSER, High Point, North Carolina, for Appellant. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Ray Hooks seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find that Hooks has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C.A. § 2253(c) (West Supp. 1999). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2